**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BOARDS OF TRUSTEES OF THE OHIO**
**LABORERS' FRINGE BENEFIT PROGRAMS,**

     **Plaintiffs,**

  vs.                                        **Civil Action 2:15-CV-946**
                                                **Judge Marbley**
                                                **Magistrate Judge King**

**CROWE CONSTRUCTION, INC..**

     **Defendant.**

<u>**ORDER**</u>

On June 26, 2015, the United States Magistrate Judge recommended that plaintiffs' motion for default judgment, ECF No. 8, be granted. *Report and Recommendation*, ECF No. 11.  Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 11, is **ADOPTED AND AFFIRMED**. Plaintiffs' motion for default judgment, ECF No. 8, is **GRANTED**.

It is **ORDERED** that plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs have and recover from defendant Crowe Construction, Inc., the sum of Twenty Three Thousand Six Hundred Fourteen Dollars and Nineteen Cents ($23,614.19), including unpaid fringe benefit contributions through May 2015, prejudgment interest, and liquidated damages, and a reasonable attorney's fee in the amount of One Thousand Nine Hundred Seventy-Six Dollars and Twenty-Five Cents

2

($1,976.25), plus interest from the date of judgment at the rate of one percent (1%) per month.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** accordingly.


                                                  s/Algenon L. Marbley  
                                                    Algenon L. Marbley  
                                            United States District Judge